IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KENNETH TEEM, personal representative for
Luby C. Teem, deceased,

        Plaintiff,                    No. 3:15-cv-00210-ST

        v.                         ORDER

CHANCE E. DOUBRAVSKY; and DENNIS
E. BEEKS, dba DENNIS E. BEEKS
TRUCKING,

        Defendants.


HERNÁNDEZ, District Judge:

Magistrate Judge Stewart issued a Findings and Recommendation [60] on January 7,

2016, in which she recommends that this Court deny Plaintiff Kenneth Teem's motion for

interlocutory appeal [48]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and

Federal Rule of Civil Procedure 72(b).

Because neither party timely filed an objection to the Magistrate Judge's Findings and Recommendation, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Stewart's Findings & Recommendation [60]. Accordingly, Teem's motion for interlocutory appeal [48] is denied.

IT IS SO ORDERED.

DATED this 31 day of January , 2016.

MARCO A. HERNÁNDEZ
United States District Judge